At this time, will the appellate please come to the podium and introduce herself on the record to begin. Good morning, your honors. My name is Julie Conley and I represent the appellate defendant here, Arnaldo Irizarry-Irizarry. I'd like to reserve two minutes if I could. Thank you. This is a sufficiency of the evidence case of a time of a rimless hub and wheel conspiracy with Garcia in the middle and various spokes not connected through a common goal, interdependence or overlap. I respectfully submit that on de novo review, you'll find that not only is there no common goal, interdependence or overlap, but that Irizarry's conviction was the result of a prejudicial variance caused by all of the evidence that was introduced regarding the activities of the other six defendants in the indictment. The defendant's case charged a hub and spoke conspiracy with Garcia at the hub and the other six... Sorry judge, I'm checking with IT right now. It would seem to have gone off just now. How about when I speak, is it okay now? Yeah, go ahead. Okay, thank you. Garcia was at the hub, the other six defendants were the spokes. With respect to the first element of an agreement, which is the essential element here of whether or not Irizarry agreed to the conspiracy that was charged in the indictment, which was one overarching conspiracy that lasted three years that involved seven defendants and 13 companies. You agree he doesn't have to know all the other participants in order for the conspiracy as charged to be sexually approved? I agree with that, Your Honor, but he does need to understand what the common goal of all of the conspirators were. He needs to understand... Why wasn't it to draw on the proceeds of the $9 million that was no one's money other than the government's? The testimony at the trial was that Irizarry said he did not understand that it was illegally devoted. He thought he had a legitimate business contract. The jury disagreed with that. Right, Your Honor. And so on de novo review and on appeal here for sufficiency, you have to construe that evidence in favor of the prosecution. So let's accept the fact that Irizarry did understand that the money he was being paid was diverted from Mayaguez and illegally should not have been. That is perhaps evidence of the common goal of the overall conspiracy. But without more, that evidence could have given rise as much to the inference of a legitimate business deal as it was to the conspiracy. And when there are equally competing inferences... What would be the legitimate deal? His deal was that he thought he was under contract with Garcia on retainer and that he was paid monthly for the retainer. He admitted that he received the $90,000. The jury... I thought we were supposed to construe the evidence that you just said that it would suffice to show that a jury could reasonably conclude that the money was diverted from the $9 million. And he couldn't have thought that was legitimate if he knew it was a diversion. Okay, accepting that, Your Honor, my point was that the evidence at trial was only that he didn't believe that. That was my point. The direct evidence was his testimony that no, he did not believe it. I said a few minutes ago the jury could construe based on all the other evidence that he understood. My only point was that he didn't testify to that. Going on to the other two elements, though, of an agreement, that's where the government's case really falls apart. And that is both with respect to interdependence and overlap. There was nothing in the record that showed that Irizarry understood anything about what the Americans did. What about the meetings? The meetings. He's there saying, no, this is all fine. Well... And he's in the room with many of the other people who were charged to be part of the conspiracy. I think that part of the record is very interesting, Your Honor, because there were meetings with Migil, Garcia, Riera, and Irizarry. Those are the four Puerto Ricans who are charged in this indictment. And Migil, who was a government witness and pled guilty, he testified at trial. And he was at those meetings. He knew directly what role, if anything, Irizarry played in the conspiracy. He could have provided direct evidence for the government as to what Irizarry knew, what role he played, whether or not he was necessary to legitimize the placement of the money in an investment account. He could have provided any of that information, but he didn't say any of that. And I respectfully submit that what Migil didn't say is more compelling than what he did say. Could you also address, and I think Judge Barron mentioned this, the later meetings that Irizarry had with the board where he is assuring the board that the money is flowing legitimately? Well, I'm not sure how much there was evidence of that, Your Honor. The government makes a big point about the fact that Irizarry assured the auditors and the accountants that the money was flowing legitimately. But the evidence was that Irizarry was not present at the first meeting between the auditors and the accountants. It was only Migil and Garcia who was present, and they couldn't give an answer. That was in late August or early September. A couple of weeks later, there was a second meeting, and at that second meeting, Riera joined Garcia and Migil. But again, Irizarry was not there. And it wasn't until the third meeting in October, at which point all of the funds had been fully dispersed, and the auditors and accountants decided that they had already concluded that there had been an inappropriate misallocation of the funds, that Irizarry then said, no, it was legal. So his statement in the third meeting can't be construed as having facilitated or in any way advanced the illegal activity that Garcia did with his Americans and with Migil and potentially with Riera, too, because he wasn't even at those first two meetings. And by the time he was at a meeting, all of the criminal conduct had been accomplished. Is your argument that there's no overlap or interdependence between Irizarry and sort of the money people, the Kirkland brothers and Minger?  Is it also that there's no overlap and interdependence between Irizarry and then Riera, Garcia, and Migil? My argument is that absolutely there's no overlap or independence with the Americans. Steve Kirkland testified. He was in the U.S. He testified directly about all of the details of how the money moved and that at the end of September, he got the green light from Garcia, the money's in the UBIS account, and make it happen. He never knew of Irizarry. He never mentioned Irizarry. He did testify that he had a meeting with both Riera and several meetings with Migil, but never once with Irizarry. It was clear that the Americans didn't need Puerto Rico after the money was transferred. That was my two minutes. Could I finish answering the question? But with respect to Riera, your question was whether there was overlap with him. And my response to that is the only way that an overlap could be found is based on inferences that arose out of all of the spillover evidence. Because even though Riera and Irizarry both opened a bank account and both formed a company and both got $90,000 in early April and then another nine in July, nothing more than that is overlaps between them. There was no evidence that they talked to each other. There was no evidence that they needed one another to get the payments that they received. There was no evidence about what Garcia agreed to with Riera and what Garcia agreed to with Irizarry or that either one of their payments was dependent on the other's agreement with Garcia. And unlike Riera, Irizarry didn't use a straw man, had his company and his bank account in his name, and as I just said, he never met any of the Americans. Thank you. Thank you, Counsel. At this time, would Counsel for the Government please introduce himself on the record? Good morning, and may it please the Court. Brendan Gantz for the United States. The evidence at trial was more than sufficient to support the jury's verdict that Mr. Irizarry participated in the single conspiracy charged in the indictment, which the jury was instructed was the only conspiracy they could find him guilty of participating in and which Irizarry concedes is the only conspiracy the government sought to prove at trial. The evidence showed, among other things, that Irizarry opened a shell company to receive payments just before his co-conspirators moved the $9 million from Mayaguez and received $90,000 one week after they did. When you say his co-conspirators moved it, who moved it? Garcia. All of the co-conspirators? The people who were involved in the actual financial transactions were Garcia, the Kirkland brothers, and Mr. Minger. So they helped him move the money, and again... One of the arguments I think is, if I'm following, the other recipients who were not involved in moving the money, in what sense is he in a conspiracy with those other recipients? The evidence here disclosed only one conspiracy, which involves the movement of the money and its distribution to the conspirators. If Mr. Irizarry, if the conspirators don't move the money out of Mayaguez's account, then the conspiracy never gets off the ground and nobody has to pay. So he's conspiring with them in order to get his take. Right, and it's... Then there's other people who also get takes. Right. Is he conspiring with them also? Yes, including... What sense is he in an interdependent relationship with the other people getting stakes of the $9 million? Well, the other people getting stakes were Garcia, Mihil, and Riera. Now, Mihil testified directly that he conspired with Irizarry, and Riera was not only in all those same meetings with Irizarry, but Riera gets a virtually identical set of payments from the conspiracy, and he opens his shell company at the same time as Irizarry does. This is sort of like the issue we had in Varsity Blues. I'm trying to understand what is the relationship between, I guess it's the last of the people that you mentioned, and Irizarry as to how they were dependent on one another. So the last person I mentioned was Riera, who was the head of the METI board, and like the other conspirators who were part of the METI board, they were conspiring, first of all, to keep that information from the METI board, which included not only the conspirators but also other government officials. There are many meetings of the METI board during this time, and there was some testimony about the things that the METI board was discussing, like a movie premiere in Mayaguez. Certainly the METI board would have been very interested to know that $9 million to build a trauma center in the area has been moved out of a Mayaguez account and through a METI account, but that was never discussed at the meetings. The theory is all of the participants in it also were conspiring to make sure nobody knew this was happening, and then jointly that way they could each get a stake from the $9 million, which was being moved. That's right, Your Honor. I think it's clear how the pieces of this conspiracy fit together. In particular with Irizarry, he's there to provide a patina of legitimacy and legality to the enterprise and to push back on efforts to recover the funds, as he does in the final meeting with the auditors and the accountants, when they say this money has been moved in a way that it can't be moved, it has to be brought back. And he says, no, we need to keep doing exactly what they're doing. At the same time, of course, the people who are involved in the financial transactions are the ones getting the conspiracy off the ground, moving it through multiple accounts to try to conceal what they're doing, and ultimately then paying Irizarry, as well as Riera, who received almost an identical set of payments and opened his shell company at the same time. What's Riera's function in it? He's, besides getting money... Riera was the president of the METI board, and so like the other members of the conspiracy in Puerto Rico who are all part of the METI board or consultants to it, he was concealing that information from METI. And in terms of other evidence about Irizarry, after he opens the shell company, again, right before the money is moved, so that is certainly strong circumstantial evidence that he understood what they were doing. Then he gets $90,000 a week later, and Irizarry ultimately receives over $125,000 of Mayaguez's money from Garcia's company, in exchange for which he acknowledges he did absolutely no work. And he also acknowledges that, like Riera, he repeatedly submitted false invoices to Garcia's company to justify those payments by documenting work that Irizarry admitted he never performed. Also, he told the FBI that he knew the money came from the $9 million. But I still... What is the evidence, or is there evidence, that this defendant... What is the evidence that indicates this defendant knew others were also getting payments out of the $9 million, besides just himself? Well, throughout this time period, he's meeting repeatedly with Garcia, Riera, and Mejil, who were part of this conspiracy in Puerto Rico. They're all getting payments. Mejil testified that he conspired with Irizarry as well as Riera. On that point, what else did he say factually besides the statement that he conspired with him? Well, he talked about how... Some sort of understanding, or... He talked about how, for example, he received these generic invoices from Irizarry for legal work that he never performed. He talked about the fact that the company to which he was submitting those invoices, not only had he not done any work, had Irizarry not done any work for that company, but the company itself did no work. And yet he's paying these invoices repeatedly for Irizarry. And so I think there was plenty of circumstantial evidence from which the jury could infer that there was a conspiracy and that it was one conspiracy. Your Honor mentioned the Varsity Blues case. In that case, of course, there were multiple conspiracies involving different parents who were working with a single individual to try to get their own children... We concluded that wasn't what the government's theory was. I understand. I'm going off of what the court found. This case is different than that. I'm going off of what the court found, which is that there were individual... But the reason we found that was because we thought it was rimless. Right. What we're asking you about is what shows this is not rimless. Right. And in that case, there were multiple independent conspiracies. The difference with a hub-and-spoke conspiracy is that it encompasses... You're just using the legal conclusion. We want to know what are the facts that make this case one in which there aren't independent conspiracies. Right. And so the facts here, in addition to the fact that Irizarry opened this shell company right before his conspirators moved the money, gets paid right after, he then gets more money for no work, he tells the FBI he understands that money comes from the $9 million and that it was intended only for Mayaguez's benefit, and yet he's continually receiving payments and generating false invoices. And he acknowledges, and here I'm quoting from page 7 of the reply brief, where he acknowledges that certain things could be argued based on the trial evidence, including that Irizarry, quote, personally misled the Mayaguez auditors about where the money was invested. Is there any evidence, and maybe you've just given what you think the evidence is, which is that there were meetings. Is there any evidence that this defendant knows anyone else is getting a cut of the $9 million? I think there's certainly circumstantial evidence that he would have understood that based on his repeated meetings with Mihal, with Garcia, and with Riera, and based on the fact that Riera receives an identical, almost an identical set of payments. And he tells the FBI that he understands that this is, the money that he's getting is from this $9 million. So I think the jury certainly could infer that he understood that other people were also being paid, which was why they were all part of this conspiracy and all repeatedly meeting together. And they all, as Irizarry concedes, withheld that information from the METI board. So there's strong circumstantial evidence here of a conspiracy, and the conspiracy all fits together in an interdependent way. Mr. Irizarry concedes repeatedly throughout his briefing that the government's evidence was sufficient to show a common goal. And he also concedes in his briefing that Garcia was directing the activities of the co-conspirators. So if Garcia was directing the activities of the co-conspirators, and they're all working towards a common goal, I'm not sure how there could be more than one conspiracy. And Irizarry's suggestion that the evidence disclosed multiple conspiracies is contrary to his own briefing concessions and also unexplained. It's not clear what the other conspiracies would have been, how they would have worked, what their object could have been. There could not have been a separate conspiracy from the people moving the money because the people moving the money was the essential part of the scheme. In the Varsity Blues case, the court found that there were multiple conspiracies involving different parents working with a single individual to try to get their own children into college. Each of those could have been broken off and charged as a separate conspiracy. But what the court said is if the government wants to show that they were all part of the same conspiracy, it would have to show that they all had an interest in the overall success of the conspiracy, including other people's children getting preferential admissions treatment. So why isn't the same question present here? What is the interest of the other people in this defendant getting a cut? In other words, why isn't it just each person's out for themselves to get whatever cut they can? They're conspiring with the people who are giving them that cut. But absent evidence that... Is the idea that the conspiracy is all for the benefit of this defendant getting the money or is the object of the conspiracy everybody in it gets a cut of the money? I think the object of the conspiracy was to divert the money, I guess, for the benefit of the defendants. The defendants, meaning everybody gets a cut? I think that's right. If that's the idea, what is the evidence here that this defendant was aware that the aim of this was to get everybody a cut rather than just himself? I think it would be sufficient if this defendant understood that he was getting a cut because of the services that he was providing for the overall conspiracy and that his activities were interdependent with the activities of the other co-conspirators. But certainly the fact that there are multiple meetings between these defendants privately and the fact that none of them are telling the METI board what's going on is strong circumstantial evidence that he understood what was happening with the broader conspiracy, as is the fact that when the auditors... There's no direct evidence, and there's only the circumstantial evidence of the meetings, that he knows anybody else is getting paid. Is that right? Well, there's direct evidence from the Hill that he conspired with Irizarry. I'm not sure that there's specifically direct testimony about individual payments that he knew that other conspirators were getting, but certainly the fact that Riera opened his shell company at the same time as Irizarry and got the same pattern of payments I think would suggest that there is a common understanding among the conspirators about what they're doing, as is the fact that Irizarry conceded to the FBI that he knew where this money was coming from. But there's also the evidence of the auditor and accountant meetings. Now, Irizarry has mentioned a couple times that there were three meetings. There's some lack of clarity in the testimony about whether it was three or four, but what is clear in the testimony from multiple people is that there were three or four meetings, Irizarry participated in at least two, that the auditors and the accountants kept asking all of the co-conspirators, where is the money? We don't have anything to show where the money even is at this point. And in the final meeting, the auditors and the accountants say to Irizarry, this money has been moved improperly, it's a restricted account, it can't be used that way, and the comptroller's office could make a major finding, we've got to get this money back into a proper municipal account. And Irizarry immediately says, no, no, everything's fine, the money's all accounted for, we shouldn't do anything, we should just continue on as we've been going. That's very strong circumstantial evidence in this case of his participation in the overall conspiracy, and it's nothing like what we have in the Varsity Blues case or other cases where this court has found multiple independent conspiracies, and again, Irizarry hasn't even explained what other conspiracies could have existed here. Thank you, Your Honor. Thank you, counsel. At this time, would counsel for the appellant please reintroduce herself on the record? She has a two-minute rebuttal. Thank you, Your Honors. The government keeps repeating that Irizarry has conceded there's only one conspiracy here. That is completely contrary to Irizarry's arguments in both his principle and his reply brief. What Irizarry has argued is there's only one overarching conspiracy alleged in the indictment, but the whole argument of the spillover evidence and the prejudicial variance is that there was so much evidence that there could have been a conspiracy between Garcia and the three Americans. There could have been a conspiracy between Garcia and Irizarry. There could have been a conspiracy between Garcia and Miguel. There could have been a conspiracy involving Garcia, Miguel, and the three Americans. There could have been a separate conspiracy between Garcia and Riera. That's the whole point, is that there was copious amounts of evidence that was introduced of all of the bank transactions of the 33 different companies that were created, most of which were under false pretenses with wrong names and wrong addresses about who were officers, etc. Irizarry testified that his company and his bank account were under his name. His testimony was actually corroborated by the FBI agent. He was honest to the FBI agent about what he did and what he thought he was doing vis-a-vis Garcia. At best, there were multiple conspiracies, and the jury was confused by all of this evidence and just simply threw Irizarry in with the rest of the gang. If we take it, I think you say this in your brief, that maybe there's just a conspiracy at most between Garcia and your client. That conspiracy would be to divert the $9 million to him, right? At stake of the $9 million, a portion of the $9 million to him, right? It would be to let him benefit. From the $9 million. Right. Taking just that, then the idea is that spillover evidence has to have somehow been prejudicial to him, even vis-a-vis that conspiracy. Correct? Correct. And I'm just trying to understand what the legitimate account, on your view of the facts, is that would support the idea that that other evidence was prejudicial, as opposed to the evidence of the conspiracy with Garcia just being so strong that there's not really much of a prejudice argument.  The evidence with the conspiracy, for argument's sake, the conspiracy between Garcia and Irizarry, is not so overwhelming to overcome the prejudice at all.  Because there was, first of all, no documentary evidence at all, or testimonial evidence about the agreement between the two of them, other than what Irizarry said. Doesn't that seem to hurt your client? In other words, right before he gets this, right when the money's moved, he opens the account, then he gets this thing, he's got nothing in writing suggesting what he's getting it for. He obviously has no right to any portion of that $9 million. There's no indication of what work he's done, and he's got nothing but the unbelievable coincidence of timing that he just happens to open an account and get that payment right at that time, based on an oral agreement. That's a pretty unusual set of circumstances. Well, the agreement was, and the understanding and the evidence is undisputed about this, is that Garcia was a financial advisor to Meddy, and Garcia's purpose, and Meddy's purpose, was to raise money for the municipality of Mayaguez. Everyone understood that Garcia was an investment advisor, that Garcia was going to raise money, and Irizarry thought that Garcia had the authority to take the $9 million and invest it, and make money off of it. And the idea of the interest was that it was supposed to benefit Mayaguez. Where's the money? How does any of that money then come to your client? That's where I'm having trouble understanding. Because he had an agreement with Garcia that he would get 10% of the proceeds of whatever money Garcia made. But he hasn't made any money from the $9 million. That's where I'm lost. Okay, well, does Irizarry know that, when the money gets transferred into his account? There's no evidence that Irizarry doesn't know that Garcia hasn't made a successful investment. The only reason that it seems that he knew that it wasn't legitimate was all of the other evidence. All right, thanks. Thank you, counsel. That concludes argument in this case. Thank you, your honors.